**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1540**

---

PEGGY LEE SEXTON,

Plaintiff - Appellant,

versus

FOOD LION, INCORPORATED,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-95-719)

---

Submitted: August 15, 1996      Decided: August 20, 1996

---

Before MURNAGHAN and ERVIN, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Peggy Lee Sexton, Appellant Pro Se. David Raymond Simonsen, Jr., Vickey A. Verwey, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing her civil action for failure to respond to Appellee's motion for summary judgment after being given several opportunities to respond and warnings of the consequences of failure to do so. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Sexton v. Food Lion, Inc.</u>, No. CA-95-719 (E.D. Va. Mar. 6, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>